Georgia Williamson, Respondent, v. C. P. Ford & Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Pauline Solecki, an Infant, etc., Respondent, v. McKinnon Dash Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Robert G. Sherwood and Another, Infants, etc., Respondents, v. Frances M. Sherwood and Others, Appellants. — Order affirmed, without costs. All concurred.

Arthur H. Owen, Respondent, v. The Empire Engineering Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the moving papers presented in support of the motion do not state facts sufficient to authorize the granting of the order for a new trial upon the ground of newly-discovered evidence. All concurred.

Lillian Wilkinson, as Administratrix, etc., Respondent, v. Niagara Falls Gas and Electric Light Company, Appellant, Impleaded with Another.— Order modified by limiting the examination to the facts respecting the death of plaintiff's intestate and the surrounding circumstances and of the rules and method of doing the work and conducting the defendant's station and of all the matters particularly set forth in the 7th paragraph of plaintiff's affidavit; and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

Charles G. Baker and Another, as Administrators, etc., Appellants, v. New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Disbarment Proceedings against Clifford H. Newell, an Attorney at Law. — Order of disbarment entered.

Aaron M. Wands, Appellant, v. Frank Moore and Others, Respondents. — Motion granted and appeal dismissed, with costs.

City of Buffalo, Appellant, v. Clara Graham and Another, as Executrices etc., and Others, Respondents.— Motion to amend record on appeal denied, and motion for reargument denied, without costs. Held, that this court has no authority to amend the return of the City Court; that the appeal must be determined upon the record as it was upon the appeal at Special Term.*

In the Matter of the Judicial Settlement of the Accounts of W. Martin Jones, as Trustee under the Will of Henry Powis, Deceased.— Motion granted, and appeal dismissed, without costs. Held, that there was a good common-law arbitration which is binding and conclusive upon the appellant, and that the respondents are entitled to have the appeal dismissed. All concurred.

In the Matter of the Appointment of a Committee on Character and Fitness of Applicants for Admission to the Bar.— Committees appointed as follows: For the Fifth Judicial District: William G. Tracy, of Syracuse; George W. Reeves, of Watertown, and Charles T. Titus, of Utica. For

---

* See Laws of 1909, chap. 570, § 55, as amd. by Laws of 1912, chap. 581.— [REP.